IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 SEP 18  P 4:40

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) MISC NO. 2:07mc3372-WKW
)
State of Alabama Comptroller, )
Montgomery, AL, )
)
Garnishee, )
)
Linda Crockett, )
)
Defendant. )

## APPLICATION FOR WRIT OF GARNISHMENT

The United States of America makes application in accordance with 28 U.S.C. Section 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the Judgment in Criminal Case No. 2:96CR00178 entered against the defendant, Linda Crockett; the last four digits of defendant's Social Security Number is XXX-XX-2291; whose last known address is 3148 Cross Creek Court, Montgomery, Alabama 36116, in the above cited action in the amount of $52,663.65, plus costs and interest. There is a balance due of $44,593.65, as of September 13, 2007.

Demand for payment of the above-stated debt was made upon the debtor not less than 30 days from September 13, 2007, but defendant

has failed to satisfy this debt.

The Garnishee is believed to owe or will owe money to the judgment debtor, or is in possession of property of the debtor, in which the debtor has a substantial non-exempt interest.

The name and address of the Garnishee or his authorized agent is:

    State of Alabama Comptroller
    100 N. Union Street, Ste. 220
    Montgomery, AL 36130-2602

DATED: September 17, 2007

                      LEURA G. CANARY
                      UNITED STATES ATTORNEY

BY: _____
        R. RANDOLPH NEELEY
        Assistant United States Attorney
        Bar Number: 9083-E56R
        Attorney for Plaintiff
        Post Office Box 197
        Montgomery, AL 36101
        Telephone: (334) 223-7280
        Facsimile: (334) 223-7201
        E-Mail: rand.neeley@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 SEP 18  P 4:40

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )
    v.                              )   MISC NO. 2:07mc3372-WKW
                                    )
State of Alabama Comptroller,       )
Montgomery, AL,                     )
                                    )
            Garnishee,              )
                                    )
Linda Crockett,                     )
                                    )
            Defendant.              )

TO:  State of Alabama Comptroller
     100 N. Union Street, Ste. 220
     Montgomery, AL 36130-2602

### INSTRUCTIONS TO THE GARNISHEE

Attached is a Writ of Garnishment requesting that you determine whether or not you have in your possession, custody, or control any of the property or funds of the debtor listed therein, or any other property of the debtor. Title 28, United States Code, Section 3205(c)(2)(E) requires that you file a written Answer within 10 days of your receipt of this Writ with the Court and serve a copy of the Answer upon the debtor and counsel for the United States. You are further required to withhold and retain any property or funds in which the debtor has a substantial non-exempt

interest.

1. <u>AMOUNT GARNISHED</u>. The principal amount, rate of interest, starting date of interest and costs are set out in the Writ of Garnishment or Affidavit served upon you. The amount garnished consists of all of these.

2. <u>AMOUNT WITHHELD</u>. Under federal law, 15 U.S.C. Section 1673(a), you should withhold each pay period:

    (a)   25% of disposable earnings each week, or

    (b)   the amount by which disposable earnings for the week exceeds thirty times the federal minimum hourly wage,

whichever is less.

3. "<u>DISPOSABLE EARNINGS</u>" means that part of earnings remaining after deduction of any amount required by law to be withheld (such as amount of deductions for social security taxes and withholding taxes, <u>but not</u> court ordered alimony and child support payments which must be included in "disposable earnings"). 15 U.S.C. Section 1672(b); <u>First National Bank v. Hasty</u>, 415 F.Supp. 170 (E.D. Mich, 1976), affirmed 573 F.2d 1310 (6th Cir. 1977).

4. <u>DISBURSEMENT OF WITHHELD AMOUNTS</u>. Each pay period, amounts withheld should be remitted to the Office of the United States District Court.

**Mail Remittances to:**    **Clerk, U. S. District Court**
                                   **Middle District of Alabama**
                                   **Post Office Box 711**
                                   **Montgomery, Alabama 36101**

Your check or money order should be made payable to "Clerk, U. S. District Court." Indicate on each remittance the name of the case and the Court Number, so that proper credit will be given.

IF YOU FAIL TO ANSWER THIS WRIT OR TO WITHHOLD PROPERTY IN ACCORDANCE WITH THE WRIT, THE COURT MAY MAKE YOU LIABLE FOR THAT AMOUNT OF THE DEBTOR'S PROPERTY WHICH YOU FAILED TO WITHHOLD. ADDITIONALLY, YOU MAY BE HELD LIABLE FOR A REASONABLE ATTORNEY FEE

IF THE UNITED STATES FILES A PETITION TO THE COURT REQUESTING AN EXPLANATION FOR YOUR FAILURE TO COMPLY WITH THIS WRIT.

If you have any additional questions, please call Deloris Aldridge at (334) 551-1735, or write to: United States Attorney's Office, Financial Litigation Division, Post Office Box 197, Montgomery, Alabama 36101.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2007 SEP 18 P 4:40

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) MISC NO. 2:07mc3372-WKW |
| State of Alabama Comptroller, Montgomery, AL, | ) |
| Garnishee, | ) |
| Linda Crockett, | ) |
| Defendant. | ) |

NOTICE OF GARNISHMENT AND INSTRUCTIONS TO DEBTOR

YOU ARE HEREBY NOTIFIED that a Garnishment was issued based upon a judgment entered against you on January 30, 1997. The Garnishment was served on State of Alabama Comptroller, garnishee, and it is believed that the garnishee may have property of yours in its custody, possession or control.

YOU ARE FURTHER NOTIFIED that, unless within twenty (20) days from the date of receipt of the Answer of the Garnishee, you file a written Objection to explain why you think these funds are exempt from execution under state or federal law and request a hearing, a Court Order will be entered attaching the funds or property and the funds or property will be applied against the Judgment owed the

United States of America.

Any Objection that you file to contest the Garnishment must be filed in the Office of the Clerk of the United States District Court, Middle District of Alabama, at One Church Street, or Post Office Box 711, Montgomery, Alabama 36101. The Objection must state your reasons for believing that this property is not subject to attachment by the United States of America. A copy of the Objection or other pleadings must also be served on: (1) the United States Attorney for the Middle District of Alabama, 131 Clayton Street, or Post Office Box 197, Montgomery, Alabama 36101, and (2) State of Alabama Comptroller, 100 N. Union Street, Ste. 220, Montgomery, AL 36130-2602.

YOU MAY WISH TO CONSULT A LAWYER FOR ADVICE AS TO THE MEANING OF THIS NOTICE.

                                LEURA G. CANARY
                                UNITED STATES ATTORNEY

                            BY: /s/ R. Randolph Neeley
                                R. RANDOLPH NEELEY
                                Assistant United States Attorney
                                Bar Number: 9083-E56R
                                Attorney for Plaintiff
                                Post Office Box 197
                                Montgomery, AL 36101
                                Telephone: (334) 223-7280
                                Facsimile: (334) 223-7201
                                E-Mail: rand.neeley@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) MISC NO. 2:07mc3372-WKW |
| State of Alabama Comptroller, Montgomery, AL, | ) |
| Garnishee, | ) |
| Linda Crockett, | ) |
| Defendant. | ) |

### WRIT OF GARNISHMENT

GREETINGS TO:   State of Alabama Comptroller
100 N. Union Street, Ste. 220
Montgomery, AL 36130-2602

An Application for a Writ of Garnishment against the property of Linda Crockett, defendant, has been filed with this Court. A Judgment has been entered against the above-named defendant in the amount of $52,663.65, plus costs and interest. The balance due on the Judgment as of September 13, 2007 is $44,593.65, with interest accruing at the rate of 0 percent per annum until paid in full.

You are required by law to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, control, or possession, any property owned by the debtor, including

non-exempt, disposal earnings.

Please state whether or not you anticipate paying the debtor any future payments and whether such payments are weekly, bi-weekly, or monthly.

You must file the original written Answer to this Writ within ten (10) days of your receipt of this Writ with the United States District Clerk at: Clerk, U. S. District Court, Middle District of Alabama, One Church Street, Montgomery, Alabama 36101. Additionally, you are required by law to serve a copy of your Answer upon the debtor at: 3148 Cross Creek Court, Montgomery, Alabama 36116, and upon the United States Attorney, Post Office Box 197, Montgomery, Alabama 36101.

Under the law, there is property which is exempt from this Writ of Garnishment. Property which is exempt and which is not subject to this Order is listed on the attached Debt Collection Notice.

Pursuant to Title 15 U.S.C. §1674, a Garnishee is prohibited from discharging a defendant from employment by reason of the fact that his earnings have been subject to garnishment.

If you fail to answer this Writ or to withhold property in accordance with this Writ, the United States of America may petition the Court for an Order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good

cause why you failed to comply with this Writ, the Court may enter a Judgment against you for the value of the debtor's non-exempt property. It is unlawful to pay or deliver to the defendant any item attached by this Writ.

_____
UNITED STATES DISTRICT CLERK