IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) MISC NO. 2:07mc3372-WKW |
| State of Alabama Comptroller, Montgomery, AL, | ) |
| Garnishee, | ) |
| Linda Crockett, | ) |
| Defendant. | ) |

## WRIT OF GARNISHMENT

GREETINGS TO:   State of Alabama Comptroller
100 N. Union Street, Ste. 220
Montgomery, AL 36130-2602

An Application for a Writ of Garnishment against the property of Linda Crockett, defendant, has been filed with this Court. A Judgment has been entered against the above-named defendant in the amount of $52,663.65, plus costs and interest. The balance due on the Judgment as of September 13, 2007 is $44,593.65, with interest accruing at the rate of 0 percent per annum until paid in full.

You are required by law to answer in writing, under oath, within ten (10) days, whether or not you have in your custody, control, or possession, any property owned by the debtor, including


SCANNED

non-exempt, disposal earnings.

Please state whether or not you anticipate paying the debtor any future payments and whether such payments are weekly, bi-weekly, or monthly.

You must file the original written Answer to this Writ within ten (10) days of your receipt of this Writ with the United States District Clerk at: Clerk, U. S. District Court, Middle District of Alabama, One Church Street, Montgomery, Alabama 36101. Additionally, you are required by law to serve a copy of your Answer upon the debtor at: 3148 Cross Creek Court, Montgomery, Alabama 36116, and upon the United States Attorney, Post Office Box 197, Montgomery, Alabama 36101.

Under the law, there is property which is exempt from this Writ of Garnishment. Property which is exempt and which is not subject to this Order is listed on the attached Debt Collection Notice.

Pursuant to Title 15 U.S.C. §1674, a Garnishee is prohibited from discharging a defendant from employment by reason of the fact that his earnings have been subject to garnishment.

If you fail to answer this Writ or to withhold property in accordance with this Writ, the United States of America may petition the Court for an Order requiring you to appear before the Court. If you fail to appear or do appear and fail to show good

cause why you failed to comply with this Writ, the Court may enter a Judgment against you for the value of the debtor's non-exempt property. It is unlawful to pay or deliver to the defendant any item attached by this Writ.

_____
UNITED STATES DISTRICT CLERK