RECEIVED

2007 OCT 31  P 3: 43

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

**AMENDED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No.  2:07 MC 3372-WKW |
| Linda Crockett, | ) | |
| Defendant, | ) | |
| and | ) | |
| STATE OF ALABAMA, | ) | |
| Garnishee. | ) | |

ANSWER OF THE GARNISHEE

    Now, on this day, comes Robert L. Childree, State Comptroller, in the above-styled action, and for answer, to the writ of garnishment served upon me on this the 23rd day of September 2007 upon oath says that:

    Defendant is employed by the State of Alabama, Department of Transportation, and I will withhold from the salary, wages or compensation, as required by law.  Defendant's "Disposable Earnings" are $1,367.19, semi-monthly.

    Payments will be made payable to Treasury of U. S., and mailed to the, U. S. Attorney's Office, P. O. Box 197, Montgomery, AL 36101.  The case number will be on the remittance advice.

    In accordance with Section 6-6-483, <u>Code of Alabama 1975</u>, as amended, this is my assent and consent that final judgment may be entered against me in my capacity as State Comptroller for the State of Alabama.  Deductions will be withheld and accumulated as prescribed by writ of garnishment, except as otherwise noted.

Monies withheld will be remitted as required upon receipt of final judgment condemning said money pursuant to Section 6-6-484, Code of Alabama 1975, as amended.

_____
Sandra L. Horn
As Agent for the State of Alabama
(Garnishee)

Sworn to and signed before me this 23rd day of October, 2007.

_____
Notary Public

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above has been sent by first-class mail to (1) Defendant : Linda Crockett, at: 3148 Cross Creek Court, Montgomery, AL 36116, and (2) Plaintiff: United States Attorney, P. O. Box 197, Montgomery, AL 36101, (3) Court: Clerk, U. S. District Court, Middle District of Alabama, One Court Square, Suite 201, Montgomery, AL 36104, on this 23rd day of October, 2007.

_____
Sandra L. Horn
As Agent for the State of Alabama
(Garnishee)