IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     CASE NO. 2:07-MC-3372-WKW |
| | ) |
| LINDA CROCKETT, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| STATE OF ALABAMA COMPTROLLER, | ) |
| | ) |
| Garnishee | ) |

## <u>ORDER</u>

In this case, the United States filed an Application for Writ of Garnishment (Doc. #1) with the State of Alabama Comptroller as the Garnishee; a Writ of Garnishment (Doc. #2) was issued on September 20, 2007. Linda Crockett, the defendant, owes the United States government as part of a sentence in criminal case that was prosecuted in the Middle District of Alabama. As of September 13, 2007, Ms. Crockett owed the United States $44,593.65. The State of Alabama Comptroller filed an answer (Doc. #5) pursuant to Ala. Code § 6-6-484 in which the Comptroller consented to judgment being entered against him in his official capacity and stated that Alabama would withhold Crockett's salary as prescribed by the writ of garnishment. In the answer, the Comptroller additionally noted that "[m]oney withheld will be remitted as required upon receipt of final judgment condemning said money pursuant to Section 6-6-484, Code of Alabama 1975."

Section 6-6-484 provides a procedure for garnishment when the state is required to garnish the salary of one of its employees. When an Alabama official has been garnished, that person should

file an answer admitting the amount of money due to the defendant and should state the assent of the state official to final judgment being entered against it.  The statute requires that "[w]hen such final judgment is so entered, after trial of said proceedings, the said judgment shall be against the official or person returning said answer as such official or agent of the State of Alabama, as garnishee, and said judgment shall show that said official or person, as such agent of the state, consented that such judgment be entered in said garnishment proceedings."  *Id.*  In this case, there has been no entry of judgment against the State of Alabama Comptroller.

It is ORDERED that plaintiff, the United States of America, shall inform the court as to whether a final entry of judgment is required as provided for in Ala. Code. § 6-6-484 and, if it is not what further action, if any, is required for this writ of garnishment.  The United States shall respond **on or before November 28, 2007.**

DONE this 14th day of November, 2007.

_____/s/   W.  Keith Watkins_____
UNITED STATES DISTRICT JUDGE

2